UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**,<br><br>  Plaintiff,<br><br>v.<br><br>**RAJESHKUMAR KHATRI**,<br><br>  Defendant. | Case No. 18-cv-001-YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO APPEAR FOR JOINT INSPECTION**<br><br>Re: Dkt. No. 12 |

**TO THE PLAINTIFF SCOTT JOHNSON AND HIS COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned in the amount to compensate defense counsel for failure to appear at the Joint Inspection of the subject property on May 16, 2018, per General Order 56.

A hearing on this Order to Show Cause will be held on **Friday, July 27, 2018**, on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Friday, July 20, 2017**, plaintiff must file a written response to this Order to Show Cause. In addition, plaintiff shall confer with defendant so that compliance with General Order 56 is completed in a timely fashion and, in the written response, shall advise the Court as to any agreement made.

If the Court is satisfied with plaintiff's response, the hearing may be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: July 12, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**