UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **RAJESHKUMAR KHATRI**, <br><br> Defendant. | Case No. 18-cv-001-YGR <br><br> **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO APPEAR FOR JOINT INSPECTION** <br><br> Re: Dkt. No. 12 |

The Court is in receipt of Plaintiff's response to the Court's Order to Show Cause Issued July12, 2018. (Dkt. No. 14.) The response does not address any agreement made with defendant regarding completion of the Joint Inspection.

The hearing on the Order to Show Cause, currently set for July 27, 2018, is **CONTINUED** to **August 10, 2018**, at 9:01 a.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Friday, August 3, 2018,** plaintiff shall confer with defendant and notify the Court of the date of the Joint Inspection.

If the Court is satisfied with plaintiff's response, the hearing may be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: July 19, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**