CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

Robert A. Cutbirth (131279)
rcutbirth@fmglaw.com
Charles J. Mccurdy (315744)
cmccurdy@fmglaw.com
FREEMAN MATHIS & GARY, LLP
44 Montgomery Street, Suite 3580
San Francisco, California, 94101
(415) 627-9000; FAX: (213) 615-7100
Attorneys for Defendant
Rajeshkumar Khatri

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br><br>v.<br><br>RAJESHKUMAR KHATRI; and Does 1-10,<br><br>     Defendants. | Case No.: 4:18-CV-00001-YGR<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

     Pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 12, 2019                    CENTER FOR DISABILITY ACCESS


                                         By: /s/ Amanda Lockhart Seabock
                                         _____Amanda Lockhart Seabock
                                                Attorneys for Plaintiff


Dated: July 12, 2019                    FREEMAN, MATHIS & GARY LLP


                                         By: /s/ Charles J. McCurdy ____ _____
                                                Robert A. Cutbirth
                                                Charles J. McCurdy
                                                Attorneys for Defendant
                                                Rajeshkumar K. Khatri




                                    **ORDER**


Pursuant to the above stipulation, this action is DISMISSED WITH PREJUDICE.
IT IS SO ORDERED.

Dated: July 17, 2019

                                         YVONNE GONZALEZ ROGERS
                                         UNITED STATES DISTRICT COURT